IRENE J. ROBERTS, Respondent, v. ARTHUR HARDONCOURT, Appellant.— Order denying defendant's motion to vacate judgment in an annulment action, entered March 1, 1929, affirmed, with fifty dollars costs and disbursements. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

MABEL ROONEY, Plaintiff, v. WILLIAM F. ROONEY, Appellant; ALPHONSE VINCENT BRISSON, Attorney, Respondent.— On a motion by defendant to substitute an attorney for the attorney of record it appeared that all the papers in the case had been delivered to the defendant by his attorney and that the latter had been paid in full and had no retaining lien. Order denying the motion, with leave to renew on certain conditions, reversed on the law, with ten dollars costs and disbursements against the respondent, and the motion for substitution granted, with ten dollars costs. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

WALTER R. SCHELLE, Plaintiff, v. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Formerly or Also Known as the BANK OF THE MANHATTAN COMPANY, Defendant.— Upon an agreed statement of facts, judgment is unanimously directed for defendant, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

BERTHA SCHWARTZ and DANIEL SCHWARTZ, Appellants, v. ALDA CARNIERO MOULIN, Respondent, and CATHERINE M. RITTER, Defendant.— In an action to recover damages for personal injuries of the plaintiff wife and by the plaintiff husband for loss of her services, judgment in favor of respondent, entered upon a verdict, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

MILLIE B. TERRY, Respondent, v. CLAUDE R. BOYD, Appellant, and DENNIS KEENEY, Defendant.— Judgment for plaintiff in an action to recover for alleged loans unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ.

WEISSGLASS DAIRIES, INC., Respondent, v. THE CITY OF NEW YORK, Appellant.— Action for damages for failure of defendant to return certain milk containers during a period of six months, under six separate contracts involving the delivery of milk to the defendant. Judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell Davis and Johnston, JJ.